JAHAN P. RAISSI (SBN 168599)
jraissi@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Tel.: 415-773-7219
Fax: 415-421-2922

Attorneys for Defendant,
BRENDAN ROSS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRENDAN ROSS,<br><br>  Defendant. | Case No. 2:20-cr-00327-DSF<br><br>**STIPULATION TO MODIFY A CONDITION OF BOND AND TO EXTEND TIME TO SATISFY BOND** |

Defendant, Brendan Ross, by and through his counsel of record, Jahan P. Raissi, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Catherine S. Ahn and Poonam Kumar, hereby stipulate and agree as follows:

1. On August 11, 2020, Mr. Ross made his initial appearance in this District and was released on bond. (Dkt. 10.)

2. As relevant here, the Bond Order requires Court approval for the transfer of assets and funds valued at $15,000 or more. (Dkt. 10 at 3.)

3. Counsel for Mr. Ross and the Government agree that Mr. Ross's bond be modified such that, with respect to transfers to Mr. Ross's counsel for the purposes of legal fees/costs, the Pretrial Services Office be authorized to approve the transfer of funds over $15,000 without Court approval. Further, Mr. Ross and the Government further agree that Mr. Ross is authorized to transfer funds as necessary to pay his legal fees and expenses.

4. Additionally, as relevant here, a portion of Mr. Ross's appearance bond is to be satisfied with the posting of an Affidavit of Surety with Justification secured by full deeding of property (Mr. Ross's home). Additionally, a portion of the bond is to be satisfied with cash as well as Affidavits of Surety without Justification from additional third-party sureties. (Dkt. 10 at 2.) The current deadline to satisfy the bond conditions is August 25, 2020.

5. Due to difficulties and delays caused by the COVID-19 pandemic, Mr. Ross requires additional time to satisfy the bond conditions. The parties therefore agree to the following extensions of time to post bond:

   a. The parties agree to extend the deadline to satisfy the posting of $450,000 by approved third party sureties and a $50,000 cash bond by Mr. Ross to September 8, 2020; and

   b. The parties agree to extend the deadline to satisfy the $1.5 million secured appearance bond (*i.e.*, posting Mr. Ross's home) to September 24, 2020.

6. Defense counsel has conferred with Pretrial Services Officers Calvin Thomas and Brenda Mercado. They have confirmed that the Pretrial Services Office does not object to the requested modifications.

7. The parties hereby jointly request that this Court enter an Order modifying the terms and conditions of Mr. Ross's bond such that,

    a. Mr. Ross is not permitted to not sell, transfer, or give away any asset valued at $15,000 or more without notifying and obtaining permission from the Court, except with respect to transfers to his counsel to pay for attorneys' fees/costs, which are permissible without the Court's approval subject to notice to and approval of Pretrial Services.

    b. The parties further request that the time to satisfy bond be extended as follows:

        i. The deadline to satisfy the posting of $450,000 by approved third party sureties and a $50,000 cash bond by Mr. Ross be extended to September 8, 2020; and

        ii. The deadline to satisfy the $1.5 million secured appearance bond (*i.e.*, posting Mr. Ross's home) be extended to September 24, 2020.

/ /

/ /

/ /

8. All other aspects of the Bond Order are to remain in place.

IT IS SO STIPULATED.

|  |  |
|---|---|
| | Respectfully Submitted, |
| DATED: August 21, 2020 | By: */s/ Jahan P. Raissi*<br>Jahan P. Raissi<br>SHARTSIS FRIESE LLP<br>Attorneys for Defendant<br>BRENDAN ROSS |
| | Respectfully Submitted, |
| DATED: August 21, 2020 | By: */s/ (per e-mail authorization)*<br>Poonam Kumar<br>Catherine S. Ahn<br>Assistant United States Attorneys<br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |