JAHAN P. RAISSI (SBN 168599)
jraissi@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Tel.: 415-773-7219
Fax: 415-421-2922

Attorneys for Defendant,
BRENDAN ROSS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>BRENDAN ROSS,<br><br>  Defendant. | Case No. 2:20-cr-00327-DSF<br><br>**[PROPOSED] ORDER MODIFYING A CONDITION OF BOND AND EXTENDING TIME TO SATISFY BOND** |

**[PROPOSED] ORDER MODIFYING CONDITIONS OF BOND**

BASED ON THE STPULATION OF THE PARTIES AND ON GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the terms and conditions of bond for Defendant Brendan Ross are modified as follows:

a. Mr. Ross is not permitted to not sell, transfer, or give away any asset valued at $15,000 or more without notifying and obtaining permission from the Court, except with respect to transfers to his counsel to pay for attorneys' fees/costs, which are permissible without the Court's approval subject to notice to and approval of Pretrial Services; and

b. Mr. Ross's time to satisfy bond, which is currently set to expire on August 25, 2020, is extended as follows:

  a. The deadline to satisfy the posting of $450,000 by approved third party sureties and a $50,000 cash bond by Mr. Ross is extended to September 8, 2020; and

  b. The deadline to satisfy the $1.5 million secured appearance bond (*i.e.*, posting Mr. Ross's home) is extended to September 24, 2020.

All other conditions of bond as set forth in the Bond Order (Dkt. 10) remain in place.

IT IS SO ORDERED.

DATED: August __, 2020

_____
HON. GAIL J. STANDISH
United States Magistrate Judge

Presented by:

*/s/ Jahan P. Raissi*
JAHAN P. RAISSI