Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Michael V Schafler (Bar No. 212164)
mschafler@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant,
BRENDAN ROSS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>BRENDAN ROSS,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00327-DSF<br><br>**STIPULATION TO MODIFY BOND** |

　　　Defendant Brendan Ross, by and through his counsel of record, Reuven L. Cohen and Michael V Schafler of Cohen Williams LLP, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Catherine S. Ahn and Poonam Kumar, hereby stipulate and agree as follows:

　　　1.　　On August 11, 2020, Mr. Ross made his initial appearance in this District, and was released on bond and a Bond Order was entered. (Dkt. 10.)

　　　2.　　The conditions of Bond were later modified three times. (Dkts. 20, 24, 33.)

　　　3.　　As relevant here, the Modified Bond Order requires Court approval for Mr. Ross to "sell, transfer, or give away" any asset valued at $15,000 or more if not for the purpose of paying Mr. Ross's legal costs and fees. (Dkt. 24 at 4.)

4. Since 2017, Mr. Ross has been an investor in Oleum Group Holdings, LLC ("Oleum"), a private oil and gas technology company. Mr. Ross's investment in Oleum is held in the form of convertible bonds. Mr. Ross seeks permission to sell a significant portion of his investment in Oleum, which presently totals approximately $846,000.00. Although it not yet clear exactly what price Mr. Ross will receive from the sale of his position in Oleum, the sale of his Oleum investment will result in the transfer of assets in excess of $15,000 – more specifically, Mr. Ross expects to receive approximately $700,000 - $900,000 for his Oleum interests. Mr. Ross will maintain only a small position in Oleum following the sale (worth approximately $70,000).

5. The reason for the sale is twofold. First, there appears to be an opportunity to sell his position and liquidate his interest to cash. Second, the proceeds of the sale are necessary for Mr. Ross's living expenses and his legal fees and costs.

6. Following the sale of his position in Oleum, Mr. Ross will transfer all of the proceeds from the sale to his Wells Fargo accounts. Those accounts have previously been disclosed to the Pretrial Services Office. The proceeds of the sale, once in those Wells Fargo accounts, will be subject to the bond condition that prior approval be sought before Mr. Ross "sell[s], transfer[s], or give[s] away" cash in excess of $15,000.

7. Counsel for Mr. Ross and the Government agree to this Court's entry of an order permitting Mr. Ross to sell his investment and transfer the proceeds to his Wells Fargo accounts.

8. Defense counsel has also conferred with Mr. Ross's Supervising Pretrial Services Officer Oliver Vale, who has confirmed that Mr. Ross has maintained compliance with all conditions of release and will defer to the Court regarding this request.

9. The parties hereby jointly request that the Court enter an Order modifying the terms and conditions of bond to permit Mr. Ross to transfer the assets from the liquidation of a significant portion of his investment in Oleum to his bank account at Wells Fargo.

/ /

/ /

10. All other aspects of the Modified Bond Order are to remain in place.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: November 3, 2021   By: */s/ Michael V Schafler*
Reuven L. Cohen
Michael V Schafler
COHEN WILLIAMS LLP
Attorneys for Defendant
BRENDAN ROSS

Respectfully Submitted,

DATED: November 3, 2021   By: */s/ (per e-mail authorization)*
Poonam Kumar
Catherine S. Ahn
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA