Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Michael V Schafler (Bar No. 212164)
mschafler@cohen-williams.com
Brittany L. Lane (Bar No. 323440)
blane@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-CR-00327-DSF |
| v. | |
| BRENDAN ROSS | NOTICE OF MANUAL FILING |
| | OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed   ☐ Lodged:  (**List Documents**)

UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 21, 2023                                   Michael V Schafler
Date                                              Attorney Name
                                                  Defendant Brendan Ross
                                                  Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**