Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Michael V Schafler (Bar No. 212164)
mschafler@cohen-williams.com
Brittany L. Lane (Bar No. 323440)
blane@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-CR-00327-DSF |
| v. | |
| BRENDAN ROSS | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged: **(List Documents)**

UNDER SEAL DOCUMENTS

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| December 22, 2023 | Reuven L. Cohen |
|---|---|
| Date | Attorney Name |
| | Defendant Brendan Ross |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)             **NOTICE OF MANUAL FILING OR LODGING**