Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Michael V Schafler (Bar No. 212164)
mschafler@cohen-williams.com
Brittany L. Lane (Bar No. 323440)
blane@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant,
BRENDAN ROSS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRENDAN ROSS,<br><br>　　　　Defendant. | Case No. 2:20-CR-00327-DSF<br><br>**NOTICE OF FILING REDACTED DOCUMENT** |

1   **PLEASE TAKE NOTICE** that counsel for Defendant Brendan Ross hereby
2   submits the following redacted document for filing with the Court, attached hereto as
3   Brendan Ross's Sentencing Position and Objections to the Presentence Report.
4   Counsel for Defendant Brendan Ross submitted an unredacted version of Brendan
5   Ross's Sentencing Position and Objections to the Presentence Report for filing under seal
6   with the Court on November 25, 2024.

Dated: November 25, 2024           **COHEN WILLIAMS LLP**

By:      */s/ Reuven L. Cohen*
         Reuven L. Cohen
         Michael V Schafler
         Brittany L. Lane
         *Attorneys for Defendant Brendan Ross*