# EXHIBIT A

KATHY BAZOIAN PHELPS (155564)
*kphelps@diamondmccarthy.com*
DIAMOND MCCARTHY LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-4402
Telephone: (310) 651-2997

CHRISTOPHER D. SULLIVAN (148083)
*csullivan@diamondmccarthy.com*
LESLEY ANNE HAWES (117101)
*lhawes@diamondmccarthy.com*
DIAMOND MCCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200

*Counsel for Bradley D. Sharp,
Permanent Receiver*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIRECT LENDING INVESTMENTS LLC, <br><br> Defendant. | Case No. 2:19-cv-02188-DSF-MRW <br> Hon. Dale S. Fischer <br><br> **DECLARATION OF ELIOT KANG CONCERNING DL GLOBAL, LTD.** |

5929085.1

1

DECLARATION OF ELIOT KANG

FOIA Confidential Treatment Requested by DL Global, Ltd.

SEC-DLG-E-0000001
USAO_ROSS 02982501

I, Eliot Kang, declare and state:

1. I am a Director of DL Global, Ltd. ("DL Global"), an exempted company incorporated with limited liability under the law of the Cayman Islands. I have worked for DL Global in that capacity since August 22, 2017.

2. I provide this Declaration to Bradley D. Sharp ("Receiver") in his capacity as permanent receiver appointed by this Court for the estate of defendant Direct Lending Investments LLC ("DLI"), and Direct Lending Income Fund, L.P., Direct Lending Income Feeder Fund, Ltd., DLI Capital, Inc., DLI Lending Agent, LLC, and DLI Assets Bravo, LLC ("DLI Bravo") and their successors, subsidiaries and affiliated entities (the "Receivership Entities" or individually a "Receivership Entity") in connection with the Settlement and Release Agreement dated as of November 22, 2019 ("Settlement") which DL Global is entering into with the Receiver with respect to the Loan Participations (as the term is defined below in the Settlement).

3. I have personal knowledge of the facts set forth in this Declaration, and, if called to testify, could testify competently thereto.

4. On behalf of DL Global, beginning in August 2017, I negotiated an agreement with Brendan Ross ("Ross"), who was acting on behalf of DLI and DLI Bravo for DL Global to purchase $200 million at par value in portions of loan and investment portfolios held by DLI and DLI Bravo, including $55 million in loans from the QuarterSpot portfolio (the "Loan Participations"). DL Global's agreement to purchase the $200 million in loans from DLI and DLI Bravo was reflected in a Binding Commitment Letter dated August 24, 2017 (the "Commitment").

5. At the time of the Commitment, and at all times after that until 2019, I had no awareness of any manipulation or misrepresentations as alleged in paragraphs 36 to 57 of the complaint filed by the Securities and Exchange Commission on or about March 22, 2019 in the matter entitled, <u>Securities and Exchange Commission v. Direct Lending Investments, LLC</u>, Case No. 19-cv-2188,

United States District Court, Central District of California (the "Complaint").

6. Prior to 2019, I also was not aware of facts that caused me to believe that DLI, DLI Bravo or Ross had communicated incorrect loan payment data from QuarterSpot before or after entering into the Loan Participations, as alleged, *inter alia*, in the Complaint.

7. From the time of the Commitment through the date hereof, as far as I am aware, neither DL Global nor I, nor any individual or entity affiliated with DL Global or me, received any additional payments from Ross other than the $200,020 wire transferred by Ross on or about August 31, 2017, which such sum represented reimbursement for redemption shortfalls to identified investment funds from August 2017.

8. From the date of the Commitment until 2019, I also had no awareness that Ross, DLI, or DLI Bravo had communicated incorrect information regarding the Liberty Loans, the DLIP Loans and/or SAI (as those terms are defined in the Settlement) to DL Global, nor was I aware of facts that caused me to believe that Ross, DLI, or DLI Bravo had communicated incorrect information regarding the Liberty Loans, the DLIP Loans and/or SAI. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22, 2019 in New York, New York.


Eliot Kang

5929085.1

3

DECLARATION OF ELIOT KANG

FOIA Confidential Treatment Requested by DL Global, Ltd.

SEC-DLG-E-0000003
USAO_ROSS 02982503